IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LUSE LILOMAIAVA,<br><br>    Defendant. | No. CR 3-12-70177 MEJ<br><br>[~~PROPOSED~~] STIPULATED ORDER CONTINUING CHANGE OF PLEA<br><br>**Current Hearing Date:** Thursday March 15, 2012 at 10:00 a.m.<br><br>**Proposed Hearing Date:** Thursday March 29, 2012 at 10:00 a.m. |

    The defendant Luse Lilomaiava is scheduled to enter a plea of guilt before this Court. In this stipulated order defense counsel represents that since Ms. Lilomaiava's initial appearance he has learned that she needs the assistance of a Samoan interpreter. Defense counsel requests that the change of plea hearing be continued to March 29, 2012 at 10:00 a.m., to permit adequate time for translation of the plea agreement and to permit the Court to secure a Samoan interpreter for the plea.

    The government has no objection to this request.

    The parties jointly recommend exclusion of time under the Speedy Trial Act until March 29, 2012, to permit for the effective preparation of defense counsel and as the Court

considers the written plea agreement to be provided by the government.

Therefore, for good cause shown the hearing now scheduled for March 15, 2012 is vacated. The matter shall be added to the Court's calendar for Thursday, March 29, 2012 for change of plea. Time shall be excluded under the Speedy Trial Act until March 29, 2012, for effective preparation of defense counsel and as the Court considers the written plea agreement.

IT IS SO ORDERED.

<u>  3/14/12         </u>  
DATED                              MARIA-ELENA JAMES  
                                   Chief United States Magistrate Judge

IT IS SO STIPULATED.

<u>March 14, 2012</u>           <u>/s                        </u>  
DATED                              MELINDA HAAG  
                                   United States Attorney  
                                   Northern District of California  
                                   ELISE BECKER  
                                   Assistant United States Attorney


<u>March 14, 2012</u>           <u>/s                        </u>  
DATED                              GEOFFREY A. HANSEN  
                                   Federal Public Defender  
                                   Northern District of California  
                                   STEVEN G. KALAR  
                                   Assistant Federal Public Defender